United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER V. SMILDE,<br><br>    Plaintiff,<br><br>  v.<br><br>SAM MELCHNER, et al.,<br><br>    Defendants. | No. C 00-02687 CRB<br><br>**ORDER** |

Now pending before the Court is the motion of defendant Sam Melchner to set aside the default judgment entered in this action. Melchner has submitted evidence which establishes that, through no fault of his own, he never received notice of the lawsuit. Plaintiff has not filed an opposition to the motion and has not otherwise communicated with the Court.

Melchner's proof of service shows service of his motion on plaintiff at a post office box in Chicago, Illinois. This address is different from that on the docket. Melchner or his counsel shall submit a declaration on or before Tuesday, November 28, 2006 that explains why the motion was served at that particular address.

**IT IS SO ORDERED.**

Dated: Nov. 20, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2000\2687\order3.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28